IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

(Rodus) *prior surgery*

Annette Cordelia Martinez-ex-Hernandez pro-se
error A.C.M. ~~Cleveland~~ ,
Plaintiff

CASE NO. 1 16 CV 1808

-vs-

error Hospital of The Cleveland Clinic
~~M.C.M.H.~~ And Doctors 2: Dr Iain Kalfas
Dr. John Lee ,
Defendant(s)

JUDGE

JUDGE GAUGHAN

COMPLAINT

Blank copy attached for your use.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Annette Cordelia Martinez-Hernandez (Rodas) pro-se )
__(Fill in the name)_____,  )
        Plaintiff                    )      CASE NO. _(Leave blank)_____
)
)
        -vs-                      )      JUDGE : _(Leave blank)_____
)
Cleveland Clinic Hospital and the )
Doctor Iain Kalfis Dr. John Lee )
__(Fill in the name/names)_____,  )      COMPLAINT
        Defendant(s)           )
)

## In numbered paragraphs, and using as many pages as you need:

- Name the parties and give their addresses.

- State the basis of the court's jurisdiction (e.g.: 42 U.S.C. § 1983 -- Civil Rights; 42 U.S.C. § 2000e -- Title VII -- Discrimination).

- Then simply tell the facts of your case, including names, dates, etc.

- Finally, ask the court for whatever relief you desire (e.g., injunction, money damages, etc.)

At the end of the complaint, <u>sign</u> your name. Underneath the signature print your name and address. Date the document.