# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Annette Cordelia Martinez-Hernandez,** | ) | **CASE NO. 1:16 CV 1808** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| v. | ) | |
| | ) | **Judgment Entry** |
| **Cleveland Clinic Hospital,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

For the reasons stated in the Court's Memorandum of Opinion and Order, this action is dismissed without prejudice pursuant to 28 U.S.C. §1915(e). Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

Dated: 8/1/16